AO91 (Rev. 12/03)  Criminal Complaint                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. | **CRIMINAL COMPLAINT** |
| Adolfo VIDALEZ-Ramirez<br>AKA Roberto GONZALEZ<br>IAE A205 505 792<br>Mexico 1965 | Case Number: 7:17-po-02627 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 21, 2017** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Adolfo VIDALEZ-Ramirez was encountered by Border Patrol Agents near Hidalgo, Texas on May 21, 2017. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on May 21, 2017 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Springer, Jayson S. Border Patrol Agent
Signature of Complainant

Springer, Jayson S.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 23, 2017                                                    at        McAllen, Texas
Date                                                                        City/State

Dorina Ramos            U.S. Magistrate Judge
Name of Judge           Title of Judge                                Signature of Judge